**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR LOPEZ CORADO, | No. CV 04-2715-JVS (CW) |
|                Petitioner, | JUDGMENT |
|        v. | |
| DERRAL G. ADAMS, WARDEN | |
|              Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  April 29, 2009

_____
JAMES V. SELNA
United States District Judge

1